UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY D. FRY,

        Petitioner,        Case No. 4:05-CV-10

v.        Hon. Richard Alan Enslen

MARY BERGHUIS,

        Respondent.        **FINAL ORDER**
_____/

    This is a habeas corpus petition filed pursuant to 28 U.S.C. § 2254. The matter was referred to United States Magistrate Judge Ellen S. Carmody, who issued a detailed Report and Recommendation to deny the Petition. The matter presently is before the Court on Petitioner's objections to the Report.

    This Court reviews *de novo* those portions of a Report to which specific objections are made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court may accept, reject or modify any or all of the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1).

    The Court carefully has considered each of Petitioner's arguments and finds no error in the reasoning of the Magistrate Judge on any of the twelve grounds of the Petition. Accordingly,

    **IT IS HEREBY ORDERED** that Petitioner's Objections (Dkt. No. 67) are **DENIED**, the Report and Recommendation of the Magistrate Judge (Dkt. No. 62) is **ADOPTED**, and the Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DENIED WITH PREJUDICE**.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** as to all grounds asserted.

                /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:    RICHARD ALAN ENSLEN
    September 26, 2008    SENIOR UNITED STATES DISTRICT JUDGE